Thomas Lee Epnett and Melvina H. Epnett, Appellants, v. Jay Goran, Individually and as Trustee under Trust No. 2325, Appellee.

Gen. No. 45,397. ▬▬▬▬▬▬▬▬

Edmund Hatfield, for appellants; Crane & Goran, and Harry B. Aron, for appellee; Harry B. Aron, of counsel. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed May 9, 1951; released for publication July 5, 1951.